*M. B. Eubanks,* for plaintiff.
*W. H. Trawick, C. C. Bunn, F. A. Irwin,* for defendants.

## 20324. SPENCER v. PEACE et al.

BELL, J. This case is controlled by the decision this day rendered in the companion case of *Spencer* v. *Peace*, ante, 516.
    *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
    DECIDED JANUARY 19, 1931.